UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 73.93.118.243,<br><br>　　　　　Defendant. | Case No. 18-cv-00083-SK<br><br>**ORDER REGARDING REQUEST FOR EXTENSION**<br><br>Regarding Docket No. 17 |

　　　　The Court is in receipt of the Plaintiff's Supplemental Briefing (Dkt. 19) and Notice of Settlement (Dkt. 20). Plaintiff's Supplemental Brief did not make clear whether Plaintiff requires an extension to effectuate service on a defendant. (Dkt. 17.) In other words, does the Notice of Settlement refer to the action in its entirety or only to the Subscriber landlord? If Plaintiff needs an extension because the "infringing tenant" has not been identified and the settlement notification pertains only to the Subscriber landlord, please advise the Court by April 20, 2018. Otherwise, the Court will assume that the Request is moot.

　　　　**IT IS SO ORDERED**.

Dated: April 16, 2018

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SALLIE KIM
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge